IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY BROWN,

    Petitioner,  No. 2:08-cv-1141 GEB JFM (HC)

  vs.

M. MARTEL, Acting Warden,

    Respondent.  ORDER
_____/

On February 27, 2009, respondent filed a motion to dismiss the instant action as moot because petitioner was released on parole on February 23, 2009. On February 27, 2009, petitioner was directed to file a response to the motion. On March 17, 2009, petitioner filed a request to dismiss this case based on his February 23, 2009 release from prison by a grant of parole by the Governor of California. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: March 26, 2009.

                        UNITED STATES MAGISTRATE JUDGE

/001;brow1141.159